# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 03 C 50250 | **DATE** | 9/2/2005 |
| **CASE TITLE** | Hunt vs. Northwest Suburban | | |

**DOCKET ENTRY TEXT:**

For the reasons stated on the attached Memorandum Opinion and Order, Defendant's Motion for a Protective Order is granted. It is hereby ordered that Plaintiffs' counsel do all things necessary to return the original inadvertently disclosed one page document to Defendant and destroy any copies which have been made within seven (7) days. In addition, the court orders that the one page document shall not be used by Plaintiffs for any purpose, including but not limited to, the purpose of having controlled experts rely upon or consider the same.

■ [ For further detail see attached order.]

Notices mailed by judge's staff.

| | Courtroom Deputy Initials: | AM |
|---|---|---|