# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 03 C 50250 | **DATE** | 1/30/2006 |
| **CASE TITLE** | Hunt, et al vs. Northwest Suburban Community Hospital, et al | | |

**DOCKET ENTRY TEXT:**

For the reasons stated on the attached Memorandum Opinion and Order, Defendant Kent Hess' January 4, 2006 Motion to Quash Subpoena is granted in part and denied in part. Swedish American Primary Care Group need not produce to Plaintiffs any documents protected under the Medical Studies Act, and if any documents have been produced, they should be returned promptly. The remaining balance of Defendant's Motion is denied.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | AM |
|---|---|---|