# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 03 C 50250 | **DATE** | 2/9/2006 |
| **CASE TITLE** | Hunt, et al vs. Northwest Suburban, et al | | |

**DOCKET ENTRY TEXT:**

For the reasons stated on the attached Memorandum Opinion and Order, the 2/3/2006 Motion by Defendants to Join Dr. Kent Hess' Motion to Strike Previously Undisclosed Opinions of Plaintiffs' Rule 26(A)(2)(B) Experts; the 2/3/2006 Motion by Defendants to Join Dr. Kent Hess' Motion to Reset Deadlines for Dispositive Motions and Defendants' Rule 26(A)(2) Disclosures; the 2/3/2006 Motion by Defendants to Join Dr. Kent Hess' Motion to Strike Previously Undisclosed Opinions of Plaintiffs' Rule 26(A)(2)(B) Experts; the 2/3/2006 Motion by Defendants to Join Dr. Kent Hess' Motion to Reset Deadlines for Dispositive Motions and Defendants' Rule 26(A)(2) Disclosures; the 2/3/2006 Motion by Defendants to Join Motion by Defendants Forest Health Services Corp. and Bariatric Treatment Centers to Strike Affidavit of Dr. Taylor; the 2/6/2006 Motion by Defendants for leave to Supplement Previously Filed Motions for Leave to Join; the 2/7/2006 Motion by Defendants to Supplement their Previously Filed Motion to Join and to Strike Previously Undisclosed Opinions of Plaintiffs' Expert Pursuant to Rule 26(1)(2); the 2/7/2006 Motion by Plaintiffs to Strike Motion to Strike or in Alternative for a Short Interval of Time to Respond; and the 2/7/2006 Motion by Plaintiffs to Strike Motion to Strike or in Alternative for a Short Interval of Time to Respond to Bariatric Specialists, Dr. Brian Boe are denied.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | AM |
|---|---|---|