# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 03 C 50250 | **DATE** | 2/9/2006 |
| **CASE TITLE** | Hunt, et al vs. Northwest Suburban, et al | | |

**DOCKET ENTRY TEXT:**

For the reasons stated on the attached Memorandum Opinion and Order, Defendants' 1/20/05 Motion to Strike the Affidavit of Dr. Taylor, Section I, is denied. Section II of the Motion is transferred to the District Court to be considered in conjunction with Defendants' Motion for Partial Summary Judgment. The 2/2/2006 Motion by Defendant Kent Hess to Strike Previously Undisclosed Opinions of Plaintiffs' 26(a)(2)(B) Experts, and the 2/2/2006 Motion by Defendant Kent Hess to Reset Deadlines for Dispositive Motion and Defendants' 26(a)(2) Disclosure is granted in part and denied in part. Defendants' Motion to Strike Opinions of Dr. Jacob and Dr. Taylor are denied. Defendants are allowed three hours to depose Dr. Taylor on new issues raised at the 1/13/06 deposition. Time is to be split equally amongst the three separate defense counsels. Depositions are to occur at reasonable times and reasonable places, no later than 3/6/06. Plaintiffs to pay the costs of reasonable expert fees in connection with the reconvening of the deposition. Time to make 26(a)(2) disclosures and file dispositive motions is extended to 4/17/06. The court will set an expert deposition schedule at the previously scheduled 4/21/06 discovery conference.

■ [ For further detail see separate order(s).]     Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | AM |
|---|---|---|