# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 03 C 50250 | **DATE** | 10/23/2006 |
| **CASE TITLE** | Hunt vs. Northwest, et al. | | |

**DOCKET ENTRY TEXT:**

For the reasons stated in the attached Memorandum Opinion and Order, the Plaintiff's Motion to Compel (erroneously titled a "Rule 37.2 Motion") is denied without prejudice. It is further ordered that the parties are to conduct a Local Rule 37.2 consultation within the next 14 days. Should the ordered consultation fail to resolve the parties' differences, the Court invites the Plaintiff to then file a motion to compel pursuant Federal Rule 37. However, in order to better gauge the appropriateness of sanctions in that event, the Court requires that any later Rule 37 motion narrowly frame the particular issues that the parties remain divided upon.

■ [ For further detail see separate order(s).]   Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | JH |
|---|---|---|